# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BAC HOME LOAN SERVICING, LP,

               Plaintiff,

vs.

ADVANCED FUNDING STRATEGIES, INC.,

               Defendant.

Case No. 2:13-cv-00722-JAD-PAL

**ORDER**

Based on emergency scheduling needs of the court in a criminal matter,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for February 6, 2014, at 9:30 a.m., before the undersigned, is **VACATED** and **CONTINUED** to **February 14, 2014, at 9:30 a.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements (if they have not already been given to chambers), currently due January 30, 2014, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., February 7, 2014.**

Dated this 30th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge