GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Telephone:   (702) 673-1000
Facsimile:   (702) 673-1001

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAC HOME LOAN SERVICING, LP, as successor in interest for COUNTRYWIDE HOME LOANS, INC., <br><br>Plaintiff, <br><br>*vs.* <br><br>ADVANCED FUNDING STRATEGIES, INC., a Nevada corporation, DOES 1 through 20, and ROE CORPORATIONS 1 through 20, Inclusive, <br><br>Defendant. | Case No.2:13-cv-00722-MMD-PAL <br><br><br>**INDIVIDUAL STATUS REPORT** |

COMES NOW, Plaintiff, BAC HOME LOAN SERVICING, LP, as successor in interest for COUNTRYWIDE HOME LOANS, INC. ("BAC"), through its counsel, MEIER & FINE, LLC, and hereby files the Individual Status Report to inform the Court of the current status of this matter as follows:

BAC today completed its review of the settlement documents in this case and they have now been executed by a duly authorized representative of the bank.

Undersigned counsel has transmitted the executed settlement agreement to counsel for

the Defendant along with a proposed stipulation and order for the dismissal of this case.

DATED THIS 2nd day of June, 2014    **MEIER & FINE, LLC**

By: /s/ Glenn F. Meier
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**IT IS ORDERED** that the parties shall have until June 18, 2014 to finalize their settlement and file the stipulation for dismissal.

Dated this 4th day of June, 2014.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 2nd day of June, 2014, I electronically filed the above and foregoing INDIVIDUAL STATUS REPORT using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                                            /s/ Cynthia Kelley
                                           An Employee of Meier & Fine, LLC

**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-100