UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BAC HOME LOAN SERVICING, LP, | Case No. 2:13-cv-00722-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| ADVANCED FUNDING STRATEGIES, | |
| Defendant. | |

The undersigned conducted a settlement conference with the parties on February 14, 2014, and the parties have been in the process of finalizing their agreement. On June 18, 2014, the parties filed a Joint Status Report (Dkt. #50) advising the court that additional time was needed to finalize this matter. More than a month later, a stipulation to dismiss still has not been received. Accordingly,

**IT IS ORDERED** that the parties shall have until **August 30, 2014,** in which to file a stipulation to dismiss or a Joint Pretrial Order. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order. No further extensions will be allowed.

DATED this 4th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE